IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHATTANOOGA PROFESSIONAL BASEBALL LLC d/b/a Chattanooga Lookouts, AGON SPORTS AND ENTERTAINMENT LLC, BOISE HOSPITALITY AND FOOD SERVICES LLC, BOISE PROFESSIONAL BASEBALL LLC, COLUMBIA CONCESSIONS & CATERING LLC, COLUMBIA FIREFLIES LLC d/b/a Columbia Fireflies, EUGENE EMERALDS BASEBALL CLUB INC. d/b/a Eugene Emeralds, EVANS STREET BASEBALL INC. d/b/a Binghamton Rumble Ponies, FORT WAYNE PROFESSIONAL BASEBALL LLC d/b/a Fort Wayne Tincaps, FREDERICKSBURG BASEBALL LLC d/b/a Fredericksburg Nationals, GREENJACKETS BASEBALL LLC, GREENJACKETS HOSPITALITY FOOD & BEVERAGE SERVICES LLC, GREENVILLE DRIVE LLC, IDAHO FALLS BASEBALL CLUB INC. d/b/a Idaho Falls Chukars, INLAND EMPIRE 66ERS BASEBALL CLUB OF SAN BERNARDINO INC. d/b/a Inland Empire 66ers, PANHANDLE BASEBALL CLUB INC. d/b/a Amarillo Sod Poodles, SAJ BASEBALL LLC, SAN ANTONIO MISSIONS BASEBALL CLUB INC. d/b/a San Antonio Missions, 7TH INNING STRETCH LLC d/b/a Stockton Ports, 7th INNING STRETCH LP d/b/a Delmarva Shorebirds | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | CIVIL ACTION |
| v. | : : | |
| PHILADELPHIA INDEMNITY INSURANCE CO., ACADIA INSURANCE CO., NATIONAL CASUALTY CO., SCOTTSDALE INDEMNITY CO., and SCOTTSDALE INSURANCE CO. | : : : : : | NO. 20-3032 |

**ORDER**

**NOW,** this 25th day of June, 2020, it appearing that this breach of contract and

declaratory judgment action has been filed by fifteen plaintiffs located in eleven different states against five insurance companies involving different contracts of insurance, it is **ORDERED** as follows:

1.  The causes of action of each of the plaintiffs are **SEVERED**;

2.  The Clerk shall **AMEND** the caption to reflect that the only plaintiff is Chattanooga Professional Baseball, LLC, d/b/a Chattanooga Lookouts, and that the only defendant is National Casualty Co.;

3.  With the exception of the plaintiff, Chattanooga Professional Baseball LLC, d/b/a Chattanooga Lookouts, each of the plaintiffs shall file a separate civil action and shall pay the initial filing fee to the Clerk within ten days of the date of this Order; and

4.  All civil actions filed pursuant to the preceding paragraph shall be randomly assigned by the Clerk.

/s/ TIMOTHY J. SAVAGE J.